# EXHIBIT C

RELACION DE TITULOS Y ACCIONES DE LA
COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S.A.

CAPITAL AUTORIZADO:  $.2.000.000,oo      CAPITAL SUSCRITO Y EMITIDO: $.250.000,oo

LA HABANA, a 09 de OCTUBRE de 1.952

| TITULO No. | CANTIDAD DE ACCIONES | VALOR POR ACCION PESOS | VALOR TOTAL DEL TITULO PESOS |
|---|---|---|---|
| 3 | 500 | 100 | 50.000 |
| 4 | 20 | 100 | 2.000 |
| 6 | 20 | 100 | 2.000 |
| 7 | 20 | 100 | 2.000 |
| 11 | 50 | 100 | 5.000 |
| 14 | 30 | 100 | 3.000 |
| 15 | 30 | 100 | 3.000 |
| 18 | 20 | 100 | 2.000 |
| 19 | 20 | 100 | 2.000 |
| 20 | 20 | 100 | 2.000 |
| 21 | 25 | 100 | 2.500 |
| 22 | 25 | 100 | 2.500 |
| 42 | 10 | 100 | 1.000 |
| 48 | 5 | 100 | 500 |

14 TITULOS POR   795  ACCIONES      TOTAL        79.500 PESOS



Título No. ---48---

Por --5-- Accion es

Capital Autorizado: $2.000,000.00

Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de --CINCO-- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a --9--de   --Octubre-- de 1952

PRESIDENTE

SECRETARIO

©GOES 139



Título No. --42--                                Por --10-- Acciones

Capital Autorizado: $2.000,000.00          Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de --DIEZ-- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a --9-- de --Octubre-- de 1952

PRESIDENTE                                SECRETARIO

© GOES 139



Título No. -VEINTIUNO-

Por --25-- Acciones

Capital Autorizado: $2.000,000.00

Capital Suscrito y Emitido: $250,000.00

# Compañia de Aeropuertos Internacionales, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de ----25-----Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ----Octubre---- de 1952

PRESIDENTE

SECRETARIO



Título No. --VEINTE--        Por --20-- Acciones

Capital Autorizado: $2.000,000.00        Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de --VEINTE--- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ---Octubre--- de 1952

PRESIDENTE                        SECRETARIO



Título No. -DIEZ Y NUEVE-                                Por --20-- Acciones

Capital Autorizado: $2.000,000.00          Capital Suscrito y Emitido: $250,000.00

# Compañia de Aeropuertos Internacionales, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de -VEINTE--- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ---Octubre--- de 1952

.................................                    .................................
PRESIDENTE                                          SECRETARIO

Título No.–DIEZ Y OCHO–

Por ––20–– Acciones

Capital Autorizado: $2.000,000.00

Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

◆ ●●● ◆

El presente Título acredita que el portador de la presente es dueño y poseedor de –VEINTE––––Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a –9– de –––Octubre––– de 1952

.......................................
PRESIDENTE

.......................................
SECRETARIO

Título No. -ONCE-

Por -50-- Acciones

Capital Autorizado: $2.000,000.00

Capital Suscrito y Emitido: $250,000.00

# Compañia de Aeropuertos Internacionales, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de CINCUENTA- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ---Octubre---- de 1952

......................................
PRESIDENTE

......................................
SECRETARIO

© GOES 139



Título No.. -QUINCE-          Por --30-- Accion es

Capital Autorizado: $2.000,000.00          Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de -TREINTA- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ---Octubre--- de 1952

PRESIDENTE                    SECRETARIO



Título No. -CATORCE-                                    Por --30-- Accion...es.

Capital Autorizado: $2.000,000.00          Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de -TREINTA- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ---Octubre--- de 1952

PRESIDENTE                                    SECRETARIO



Título No. SIETE-

Por --20-- Acciones

Capital Autorizado: $2.000,000.00

Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de ----20----Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ----Octubre---- de 1952

PRESIDENTE

SECRETARIO



Título No. SEIS

Por ---20--- Acciones

Capital Autorizado: $2.000,000.00

Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de ---20----- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ---Octubre--- de 1952

PRESIDENTE

SECRETARIO



Título No. CUATRO                                    Por -20- Acciones

Capital Autorizado: $2.000,000.00          Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de ----20---- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ---Octubre--- de 1952

PRESIDENTE                                    SECRETARIO



Título No. --TRES --                                      Por --500-- Accion es .-

Capital Autorizado: $2.000,000.00          Capital Suscrito y Emitido: 400,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de ---500---- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas y Gómez en 9 de Octubre de 1952 y su ampliación acordada en la Junta General de Accionistas de fecha 6 de Diciembre del corriente, elevando el capital inicial suscrito y pagado a la cantidad de $400,000.00.

La Habana, --9- de --Diciembre- de 195 2

SECRETARIO                                               PRESIDENTE

© GOES LTD



Título No. -VEINTIDOS-

Por --25-- Acciones

Capital Autorizado: $2.000,000.00

Capital Suscrito y Emitido: $250,000.00

# COMPAÑIA DE AEROPUERTOS INTERNACIONALES, S. A.

El presente Título acredita que el portador de la presente es dueño y poseedor de ---25----- Acciones de esta Sociedad de a CIEN PESOS M. N. cada una, completamente liberadas y pagadas, del número total de Acciones en que está dividido el el Capital Social, con arreglo a la Escritura de su constitución, otorgada ante el Notario de La Habana, Dra. Francisca Casas Gómez, de 9 de Octubre de 1952.

La Habana, a -9- de ---Octubre--- de 1952

PRESIDENTE

SECRETARIO