### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-25575-CIV-MORENO

JOSE RAMON LOPEZ REGUEIRO,

    Plaintiff,

v.

DELTA AIR LINES, INC.,

    Defendant.

### DELTA AIR LINES' RULE 5.1 NOTICE

    Pursuant to Federal Rule of Civil Procedure 5.1, Delta files notice that its motion to dismiss raises a constitutional challenge to the Helms-Burton Act. 22 U.S.C. §§ 6082, 6085. The motion to dismiss asserts that § 6082 and § 6085 violate constitutional separation of powers principles. Delta will serve this notice and its motion on the Attorney General by certified mail.

Dated:  April 28, 2026

                                   Respectfully submitted,

                                   /s/ *Stuart H. Singer*
                                   Stuart H. Singer
                                   (Florida Bar No. 377325)
                                   Pascual A. Oliu
                                   (Florida Bar No. 107737)
                                   Evan M. Ezray
                                   (Florida Bar No. 1008228)
                                   Corey P. Gray
                                   (Florida Bar No. 115473)
                                   **BOIES SCHILLER FLEXNER LLP**
                                   401 East Las Olas Boulevard, Suite 1200
                                   Fort Lauderdale, Florida 33301
                                   Telephone: (954) 356-0011
                                   ssinger@bsfllp.com

                                   *Counsel for Delta Air Lines, Inc.*

1